U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

GRASSY CREEK HOLDING COMPANY, LLC
EIN: 20-1745469,

      Debtor.

Bankruptcy Case No. 08-25330-ABC

HARVEY SENDER, TRUSTEE, Plaintiff

Adversary Proceeding No. 10-01687

v.

STEAMBOAT DESIGN ASSOCIATES, LLC, Defendant.

**ORDER PURSUANT TO DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESCHEDULE HEARING OF WEDNESDAY, OCTOBER 5, 2011 AT 9:30 A.M. UPON DEFENDANT'S MOTION FOR OUT OF TIME ENLARGEMENT TO ANSWER PLAINTIFF'S INTERROGATORIES, REQUEST FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

      This Court being duly advised in this matter for good cause shown does hereby GRANT the aforesaid Motion. This matter is rescheduled for the 26th day of October, 2011 at 9:00 a.m. (Mountain Time).

      In the other respects, this Court ADOPTS its language and procedures set forth in the Notice of Hearing and Order Holding Case in Abeyance and Vacating Trial filed September 16, 2011 verbatim.

      DATED: September 27, 2011

BY THE COURT:

_____
A. Bruce Campbell,
United States Bankruptcy Judge

Y

Case:10-01687-ABC   Doc#:47   Filed:09/27/11   Entered:09/27/11 08:15:29   Page2 of 2